ENTERED
RECEIVED
FILED
LODGED

MAR 28 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN JERIAL JORDAN,                )
                                     )
                    Petitioner,      )        Case No. C05-1471-MJP-JPD
                                     )
        v.                           )
                                     )
UNITED STATES OF AMERICA,            )        ORDER DENYING § 2255 MOTION
                                     )
                    Respondent.      )
_____)

The Court, having reviewed petitioner's § 2255 motion, the government's response, the

Report and Recommendation of the Honorable James P. Donohue, United States Magistrate

Judge, any objections thereto, and the remaining record, does hereby ORDER:

> (1)   The Court adopts the Report and Recommendation,

> (2)   Petitioner's § 2255 petition (Dkt. #1) is DENIED, and this action is DISMISSED

>       with prejudice.

> (3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for

>       respondent, and to Judge Donohue.

DATED this __28__ day of _Much_, 2006.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING § 2255 MOTION

05-CV-01471-ORD